**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CLIFTON PENN,
    Plaintiff,

vs.                                CASE NO.: 3:07cv214/MCR/MD

DANNY GLIDEWELL, et al.,
    Defendants.

_____

**O R D E R**

Plaintiff, an inmate proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (doc. 1), and a motion to proceed *in forma pauperis* (doc. 2).

A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with account summary attachments. The consent form submitted by plaintiff is unsigned. Moreover, plaintiff failed to include a copy of his trust fund account statement reflecting transactions in his account at the institution(s) where he was confined during the **six month period** prior to the filing of this complaint. Plaintiff is reminded that it is his responsibility to obtain the required printout(s) from each institution at which he may have been confined during the relevant six month period, i.e., November 20, 2006 to May 20, 2007. The court will not process the complaint until all these forms are submitted.

Accordingly, it is ORDERED:

1. Ruling on plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DEFERRED.

2. The clerk is directed to forward to the plaintiff a prisoner consent form. This case number should be written on the form.

3. Plaintiff shall have **thirty (30) days** from the date of this order in which to either (1) pay the full $350.00 filing fee, or (2) correct the deficiency in his *in forma pauperis* application by filing a signed, fully completed prisoner consent form along with a copy of his trust fund account statement from November 20, 2006 to May 20, 2007.

4.	Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to comply with an order of this court.

DONE AND ORDERED this 6th day of June, 2007.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**