IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLIFTON PENN,**
    Plaintiff,

vs.                                  Case No. 3:07cv214/MCR/MD

**DANNY GLIDEWELL, et al.,**
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on May 20, 2007 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). Because plaintiff's application to proceed *in forma pauperis* was deficient, the court entered an order directing him to either correct the deficiency or pay the full $350.00 filing fee, within thirty days (doc. 5). Plaintiff did not respond to the order.

Accordingly, on July 20, 2007 the court issued an order requiring plaintiff to show cause within twenty (20) days why this case should not be dismissed for his failure to prosecute and failure to comply with an order of the court (doc. 6). Over twenty days has elapsed, and plaintiff has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 23rd day of August, 2007.

/s/ *Miles Davis*
        **MILES DAVIS**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**