IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLIFTON PENN,
    Plaintiff,

vs.                                   3:07cv214/MCR/MD

DANNY GLIDEWELL, et al.,
    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 23, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 1st day of October, 2007.

                              *s/ M. Casey Rodgers*
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE